IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Palmyra CFL, | |
| **Plaintiff,** | |
| v. | CIVIL NO. 8-1857 (JAG) |
| Kutcher-Olivo, *et al.*, | |
| **Defendants.** | |

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 112, the case is hereby

DISMISSED WITH PREJUDICE. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21th day of December, 2016.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge
